IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00983-MSK-MEH

ALPACA OWNERS AND BREEDERS ASSOCIATION, INC.,
JERRY FORSTNER,
AMY McCROSKIE,
STEVE HULL,
ERIN McCARTHY,
GREG MECKLEM,
SCOTT YOUNG, and
KIM DEVOS,

    Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,
EXECUTIVE RISK INDEMNITY, INC., and
CHUBB GROUP OF INSURANCE COMPANIES,

    Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 14th day of May, 2008.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge