IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00983-MSK-MEH

ALPACA OWNERS AND BREEDERS ASSOCIATION, INC.,
JERRY FORSTNER,
AMY McCROSKIE,
STEVE HULL,
ERIN McCARTHY,
GREG MECKLEM,
SCOTT YOUNG, and
KIM DEVOS,

       Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,
EXECUTIVE RISK INDEMNITY, INC., and
CHUBB GROUP OF INSURANCE COMPANIES,

       Defendants.

---

## ORDER DISMISSING CLAIMS AGAINST
## CHUBB GROUP OF INSURANCE COMPANIES

---

THIS MATTER comes before the Court on the parties' Joint Stipulation to Dismiss Chubb Group of Insurance Companies **(#15)**.

**IT IS ORDERED** that the motion is granted, and all claims against Chubb Group of Insurance Companies are dismissed, without prejudice. Chubb Group of Insurance Companies

shall be deleted from the case caption in all future filings.

Dated this 4th day of June, 2008

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge