IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00983-MSK-MEH

ALPACA OWNERS AND BREEDERS ASSOCIATION, INC.,
JERRY FORSTNER,
AMY McCROSKIE,
STEVE HULL,
ERIN McCARTHY,
GREG MECKLEM,
SCOTT YOUNG, and
KIM DEVOS,

    Plaintiffs,

v.

FEDERAL INSURANCE COMPANY, and
EXECUTIVE RISK INDEMNITY, INC.,

    Defendants.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE

---

THIS MATTER comes before the Court on Plaintiffs' Response to Order to Show Cause [#23] and Defendants' Response to Order to Show Cause [#22]. Having considered the same,

**IT IS HEREBY ORDERED** that the Order to Show Cause is deemed satisfied and is **DISCHARGED.**

DATED this 9th day of June, 2008.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger

United States District Judge