IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00983-MSK-MEH

ALPACA OWNERS AND BREEDERS ASSOCIATION, INC.,
JERRY FORSTNER,
AMY MCCROSKIE,
STEVE HULL,
ERIN MCCARTHY,
GREG MECKLEM,
SCOTT YOUNG, and
KIM DEVOS,

    Plaintiffs,
v.

FEDERAL INSURANCE COMPANY, and
EXECUTIVE RISK INDEMNITY, INC.

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 22, 2008.**

    The Joint Motion to Vacate Settlement Conference [filed October 20, 2008; docket 48] is **granted**. The settlement conference scheduled in this case for October 28, 2008, at 1:00 p.m. is **vacated**. The parties shall file dismissal papers on or before **November 5, 2008**.